

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   **Case No.: 19–20039 – MMH**   **Chapter: 7**

**Shantel Larressa McDuffie**
**Debtor**

Creditor – Home Point Financial Corporation        Reaffirmation – 22

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor – Shantel Larressa McDuffie
Attorney for Debtor – PRO SE
Case Trustee – Zvi Guttman

U.S. Trustee
Creditor – Home Point Financial Corporation
c/o Sottile & Barile
349 Wards Corner Road, Suite 180
Loveland, OH 45140

### End of Order

34x04 (rev. 02/09/2007) – nguerra